Sam MADISON, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

Oct. 19, 1943.

V. R. Logan for movant.

Hubert Meredith, Attorney General, and Arthur T. Iler, Assistant Attorney General, opposed.

PER CURIAM.

Motion for an appeal from the Edmonson Circuit Court. Judgment of conviction for unlawful possession of intoxicating liquor imposing fine of $100 and confinement in jail for 60 days. Appeal denied. Judgment affirmed on authority of Terrell v. Commonwealth, 196 Ky. 244, S. W. 703.

A. C. RITCHIE, Movant, v. Charles N. BRADFORD, Opposed.

Court of Appeals of Kentucky.

Nov. 3, 1943.

John E. Campbell and S. M. Ward for movant.

Napier and Napier and W. E. Faulkner, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

HARLAN MOTOR COMPANY, Appellant, v. Greene COLDIRON, Appellee.

Court of Appeals of Kentucky.

Nov. 3, 1943.

J. B. Carter and Astor Hogg for appellant.

J. B. Snyder and James Greene, Jr., for appellee.

PER CURIAM.